ORIGINAL

LODGED

1  Alexander Frid (SBN 216800)
   JONES DAY
2  555 West Fifth Street, Suite 4600
   Los Angeles, CA 90013-1025
3  Telephone:  (213) 489-3939
   Facsimile:   (213) 243-2539
4
   Ryan C. Stottlemyer (SBN 212632)
5  JONES DAY
   3 Park Plaza, Suite 1100
6  Irvine, CA 92614
   Telephone:  (949) 851-3939
7  Facsimile:   (949) 553-7573

8  Attorneys for Defendant
   EXPERIAN INFORMATION
9  SOLUTIONS, INC.

10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13

   JASON DENNIS, an individual,        Case No. LACV 03-7064 R (CWx)
14
                  Plaintiff,           Judge: HON. MANUEL L. REAL
15
        v.                             [PROPOSED] ORDER GRANTING
16                                     DEFENDANT EXPERIAN
   BEH-1, LLC, a limited liability     INFORMATION SOLUTIONS,
17 company in the State of California, INC.'S MOTION FOR SUMMARY
   EXPERIAN INFORMATION                JUDGMENT
18 SOLUTIONS, INC., an Ohio
   Corporation, and DOES 1 to 10,      Date:         June 7, 2004
19 inclusive,                          Time:         10:00 a.m.
                                       Place:        Courtroom 8
20                Defendants.
                                       Action Filed: October 1, 2003
21                                     Trial Date:   June 8, 2004

22
23
24
25
26
27
28

LAI-2109368v1



1  Defendant Experian Information Solutions, Inc.'s Motion for Summary
2  Judgment came on regularly for hearing before this Court on June 7, 2004. All
3  parties appeared through counsel as stated on the record.
4  After considering the papers in support of and in opposition to the Motion,
5  arguments of counsel, and all other matters presented to the Court, and good cause
6  appearing, it is hereby **ORDERED** and **ADJUDGED** that Experian Information
7  Solutions, Inc.'s Motion for Summary Judgment is **GRANTED**. It is further
8  **ORDERED** that Experian is **DISMISSED** as a party to this action.
9
10  DATED: June 23, 2004   BY: _____
11          HON. MANUEL REAL
        UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAI-2109368v1

### PROOF OF SERVICE
### JASON DENNIS V. BEH-1, LLC,
### USDC, Central Dist. Of CA, Case No. LACV 03-7064 R (CWx)

I, **Pamela J. Carvalho**, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3 Park Plaza, Suite 1100, Irvine, California 92614. On **May 14, 2004**, I served a copy of the within document(s): **[PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR SUMMARY JUDGMENT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Irvine, California addressed as set forth below.

☒ by placing the document(s) listed above in a sealed <u>Federal Express</u> envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Louis P. Dell<br>Law Office of Louis P. Dell<br>3418 West Sixth Street<br>Los Angeles, CA 90020<br>Telephone: (213) 385-8856<br>Facsimile: (213) 385-8849<br>Counsel for Plaintiff, **JASON DENNIS** | Craig Mordoh<br>Attorney at Law<br>2530 Wilshire Blvd., Third Floor<br>Santa Monica, CA 90403<br>Telephone: (310) 453-6774<br>Facsimile: (310) 828-6371<br>Counsel for Defendant, **BEH-1, LLC** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **May 14, 2004**, at Irvine, California.

*/s/ Pamela J. Carvalho*
**Pamela J. Carvalho**

LAI-2106378v1

1